## THE PEOPLE *v*. COLÓN.

APPEAL from the District Court of Ponce.

No. 155.—Decided February 2, 1909.

BILL OF EXCEPTIONS—MANIFEST ERRORS.—Where there is no bill of exceptions,
   and no errors appear in the record, the judgment of the lower court must
   be affirmed.

The facts are stated in the opinion.
The appellant did not appear.

*Mr. Rossy, fiscal,* for respondent.

MR. JUSTICE FIGUERAS delivered the opinion of the court.

The defendant, Luis Colón, was convicted of assault and battery with aggravated circumstances and sentenced to one year's imprisonment, from which judgment the defendant took an appeal. The appellant failed to present in the appellate court any plea or bill of exceptions and no errors appeared in the allegations, proceedings and judgment of the trial court.

*Affirmed.*

Justices Hernández, MacLeary and Wolf concurred.

Mr. Chief Justice Quiñones did not take part in the dicision of this case.